IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION NO. |
| | : | 11-5984 |
| v. | : | |
| | : | CRIMINAL ACTION NO. |
| SUNNI ALI | : | 07-42-2 |

## ORDER

BERLE M. SCHILLER, J.,

AND NOW, this 21 day of March, 2012, upon careful and independent consideration of the Motion to Vacate, Set Aside, or Correct a Federal Sentence, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The Motion for § 2255 Relief is DISMISSED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

_____
BERLE M. SCHILLER, J.