# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CRIMINAL ACTION** |
| v. : | |
| : | **07-0042-2** |
| **SUNNI ALI** : | |

## ORDER

**AND NOW**, this 25th day of June, 2024, upon consideration of Defendant's Motion to Modify Sentence Pursuant to 18 U.S.C. § 3582(1)(A)(i) (Doc. No. 199), the Government's Response (Doc. No. 201), Defendant's Reply (Doc. No. 207), the Government's Supplemental Response (Doc. No. 209), and the parties' various submissions of supplemental authority (Doc. Nos. 210, 211, 213, 214, 215), it is hereby **ORDERED** that Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(1)(A)(i) is **GRANTED**, and Defendant's term of imprisonment is reduced to **twenty-one years**. Prior to Defendant's release from the custody of the Bureau of Prisons, Defendant will be required to submit an appropriate release plan for approval by the United States Probation Office. All other conditions of his supervised release shall remain the same.

BY THE COURT:

__/s/ Mitchell S. Goldberg_____
**MITCHELL S. GOLDBERG,    J.**